UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Kingvision Pay-Per-View Ltd., as
Broadcast Licensee of the May 14, 2005
Wright/Trinidad Program,

                  Plaintiff,            06-CV-3095(CPS)(MDG)

     - against -

                                      ORDER

Jessica's Restaurant, Inc. d/b/a
Jessica's Restaurant II,

                  Defendant.

----------------------------------------X

       No objections to the Report and Recommendation of

Magistrate Judge Go dated December 3, 2007, having been filed by

the parties, the Report and Recommendation is hereby adopted.

The plaintiff is directed to submit to the court by February 20,

2008, a revised proposed judgment consistent with Magistrate

Judge Go's Report and Recommendation.

       The Clerk is directed to transmit a copy of the within

to all parties and to the magistrate judge.

       SO ORDERED.

Dated :   Brooklyn, New York
        February 4, 2008

                        s/Hon. Charles P. Sifton
           By: _____
                United States District Judge